## UNITED STATES of America, Plaintiff–Appellee,

v.

## Kenneth PACE, Defendant–Appellant.

### No. 14–11092
### Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Oct. 14, 2014.

Yvette Rhodes, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Julie Hackenberry, U.S. Attorney's Office, Jacksonville, FL, for Plaintiff–Appellee.

Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, Susan Good Yazgi, Federal Public Defender's Office, Jacksonville, FL, for Defendant–Appellant.

Kenneth Pace, FCI Coleman Low–Inmate Legal Mail, Coleman, FL, pro se.

Before JORDAN, HILL and FAY, Circuit Judges.

PER CURIAM:

Susan Yazgi, counsel for Kenneth Pace in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Pace's revocation of supervised release and resulting sentence are **AFFIRMED**.